UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PRIVATE RESERVE PROPERTIES II, LLC,
    Plaintiff,

VS.                                                      C.A. No.: 1:14-cv-00299 S-PAS

INDIAN HARBOR INSURANCE COMPANY,
    Defendant,

## DISMISSAL STIPULATION

The Plaintiff, Private Reserve Properties II, LLC's Complaint is hereby dismissed with prejudice, no interest, no costs.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| Plaintiff, | Defendant, |
| Private Reserve Properties, II, LLC | Indian Harbor Insurance Company, |
| By Its Attorneys, | By its Attorneys, |
| | |
| */S/ Ronald P. Langlois, Esquire* | */S/ Edward A. Bopp, Esquire* |
| Lauren D. Wilkins, Esquire (#3239) | Edward A. Bopp, Esquire (#8032) |
| Ronald Langlois, Esquire (#2891) | Monahan & Associates, P.C. |
| Langlois, Wilkins, Furtado & Metcalf, P.C. | 113 Union Wharf East |
| 317 Iron Horse Way, Suite 203 | Boston, MA 02109 |
| Providence, RI 02908 | Tel: (617) 227-1500 |
| Tel: (401) 351-9970 | Fax: (617) 227-6700 |
| Fax: (401) 274-6218 | |

DATED: November 21, 2014

## CERTIFICATION OF SERVICE

    I hereby certify that the within has been filed electronically and is available for viewing and downloading from the ECF system, and was served via electronic means pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules, and Administrative Order 2006-01, paragraph 10(b) to the following counsel of record:

Edward A. Bopp, Esquire
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109

                                                                                      */S/ Ronald P. Langlois, Esquire*